IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANE CHANDLER,

Defendant.

4:16CR3096

ORDER

IT IS ORDERED:

1)   Defendant's motion to review the conditions of supervised release, (Filing No. 70), is granted.

2)   Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at The Bridge, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)   Defendant shall arrive at The Bridge, Lincoln, Nebraska by 10:00 a.m. on April 6, 2026. The Marshal shall release Defendant to Noemi Haggan on April 6, 2026 at 9:00 a.m. for timely transport to the facility.

Dated this 31st day of March, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge