IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE CHANDLER,<br><br>Defendant. | **4:16CR3096**<br><br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on June 17, 2026 regarding Amended Petition for Offender Under Supervision [77]. Jessica Milburn represented the defendant. Sara Fullerton represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the amended petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 10:00 a.m. on August 5, 2026.

The government did not move for detention and requested release on conditions recommended by U.S. Probation and Pretrial Services. The defendant shall be released on the current terms and conditions of supervision **upon confirmation that the residence referenced below is approved by U.S. Probation and Pretrial Services**

- Defendant shall reside at an address coordinated by U.S. Probation and Pretrial Services until he obtains admission at a sober living house approved by U.S. Probation and Pretrial Services or unless permission is received by the court or supervising officer;

- (t) Participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol; (x) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

2

The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that U.S. Probation and Pretrial Services has approved a residence for Defendant.

**IT IS SO ORDERED**.

Dated this 17th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2